to all parties appearing separately and filing briefs payable out of the trust estate. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HORN & HARDART COMPANY, Respondent, against HARRY B. CHAMBERS et al., Constituting the Tax Commission of the City of New York, Appellants, and ESTATE OF HARRY SIEGEL, Respondent.— Order unanimously modified on the law and on the facts, so as to fix the values for the property designated as 611 West 181st Street, Manhattan, as follows: For the tax years 1947–1948 through 1956–1957 Land — $170,000   Building — $90,000   Total — $260,000.   As so modified, the order is affirmed, with $20 costs and disbursements to the appellants. The values fixed by Special Term solely on the present record are not justified. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of F. & P. MANAGEMENT Co., Appellant, against JOSEPH J. CAPUTA, as State Rent Administrator, Respondent, and HERBERT SCHLECHTER, Intervenor-Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of MAYO CABEY against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM; CONSUELO CABEY, Appellant.— Appeal from orders of February 11, 1959, and February 27, 1959, the decision filed March 31, 1959, and the final order of May 5, 1959, dismissed, with $10 costs, unless the appellant settles the original case on appeal before the Trial Justice and files a proper record on appeal and appellant's points with this court on or before March 1, 1960, with a new notice of argument and note of issue for the April 1960 Term of this court, said appeal to be argued or submitted when reached. If the appellant fails to comply with this condition the petitioner-respondent may submit an order for signature dismissing the appeal, without notice to the appellant. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of MAYO CABEY against NEW YORK CITY EMPLOYEES' RETIREMENT SYSTEM; CONSUELO CABEY, Appellant.— Motion to amend notice of appeal, dated May 13, 1959, is denied in all respects. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ CORINNE C. WATERMAN v. DORIS BYRNE et al. CORINNE C. WATERMAN v. HENRY KAUFMAN et al.— Motions granted on condition that the appellant serves one copy of her consolidated typewritten appellant's points upon the attorney for the respondent and files six copies thereof with this court, together with the original records, on or before February 18, 1960, with notice of argument for March 1, 1960, said appeals to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Rabin, M. M. Frank and Valente, JJ.

■ In the Matter of the Estate of RAPHAEL LYONS, Deceased. ALICE M. LYONS; LOUIS X. ALTER.— Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, M. M. Frank, Valente and Stevens, JJ.

## (January 28, 1960)

■ In the Matter of the Arbitration between HENRY G. KOPPELL, Appellant, and LEONARD DAVIS, Respondent.— Order unanimously reversed on the law and on the facts, without costs. The stay of arbitration is vacated and arbitration is to proceed before the same arbitrators as made the original award. On a prior appeal in this matter (*Matter of Koppell* [*Davis*], 8 A D